THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>Case No. 1:17-cv-1551-RLY-TAB | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

**PLAINTIFF'S MOTION TO WITHDRAW DOCUMENT NUMBER 26292**

Plaintiff, by and through counsel, respectfully moves this Court for permission to withdraw the Notice and Suggestion of Death (Document No. 26292), and states as follows:

1. On November 18, 2024, Plaintiff's counsel filed the Notice and Suggestion of Death as Document Number 26292.

2. Plaintiff has not yet received the Letter of Administration, which is required for filing a Substitution of Party Notice. It is anticipated that obtaining this documentation will take more than 90 days.

3. Accordingly, Plaintiff seeks to withdraw Document Number 26292 as it was prematurely filed.

WHEREFORE, Plaintiff respectfully requests that this Court grant this Motion and permit the withdrawal of Document Number 26292.

                                                                                 */s/ David B. Rheingold*
                                                                      DAVID B. RHEINGOLD, ESQ.
                                                                      Attorney for Plaintiff

David B. Rheingold, Esq.
RHEINGOLD GIUFFRA RUFFO
PLOTKIN & HELLMAN, LLP
Attorney for Plaintiff
551 Fifth Avenue, 29th FL,
New York, NY 10176
P: 212-684-1880
drheingold@rheingoldlaw.com