**THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>Case No. 1:17-cv-1551-RLY-TAB | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

### ORDER GRANTING MOTION TO MAINTAIN UNDER SEAL DOCUMENT #26292

This matter comes before the Court on Plaintiff's Motion to Maintain Under Seal Document #26292. The Court, being duly advised, now finds that the motion should be GRANTED.

**IT IS HEREBY ORDERED:** Document #26292 shall remain under seal and shall not be made publicly available.

Dated:

_____
**Judge Richard L. Young**
United States District Court
Southern District of Indiana
