# EXHIBIT

# A

RHEINGOLD GIUFFRA RUFFO
PLOTKIN & HELLMAN, LLP
551 Fifth Ave, 29th Fl
New York, NY 10176
T: (212) 684-1880
F: (212) 689-8156

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| **IN RE: COOK IVC FILTER** | ) | **MDL NO. 2570 JUDGE** |
| | ) | |
| **PRODUCTS LIABILITY LITIGATION** | ) | **RICHARD L. YOUNG** |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

**This Document Relates to:**
*MOONEY v. COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGAITON*
*Civil Action No. 1:17-cv-1551*

### NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff CAROL ANN MOONEY, on or about October 25, 2021.

Dated: December 2, 2024

Respectfully Submitted,

*/s/ David B. Rheingold*
David B. Rheingold
**Rheingold Giuffra Ruffo Plotkin & Hellman, LLP**
551 5th Ave, Floor 29
New York, NY 10176
Telephone: (212) 684-1880
Fax: (212) 689-8156
*Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 2, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

Dated: December 2, 2024

Respectfully Submitted,

*/s/ David B. Rheingold*
David B. Rheingold
**Rheingold Giuffra Ruffo Plotkin & Hellman, LLP**
551 5th Ave, Floor 29
New York, NY 10176
Telephone: (212) 684-1880
Fax: (212) 689-8156
*Attorneys for Plaintiff*

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY OF LOS ANGELES
## DEPARTMENT OF PUBLIC HEALTH

**CERTIFICATE OF DEATH**
STATE OF CALIFORNIA
USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS
VS-11 (REV 1996)

STATE FILE NUMBER: 3052021274727
LOCAL REGISTRATION NUMBER: 3202119064354

**DECEDENT'S PERSONAL DATA**

| 1. NAME OF DECEDENT—FIRST (Given) | 2. MIDDLE | 3. LAST (Family) |
|---|---|---|
| CAROL | ANN | MOONEY |

AKA, ALSO KNOWN AS – Include full AKA (FIRST, MIDDLE, LAST)

| 4. DATE OF BIRTH mm/dd/ccyy | 5. AGE Yrs. | 6. SEX |
|---|---|---|

| 7. DATE OF DEATH mm/dd/ccyy | 8. HOUR (24 Hours) |
|---|---|
| 10/25/2021 | 1830 |

| 9. BIRTH STATE/FOREIGN COUNTRY | 10. SOCIAL SECURITY NUMBER | 11. EVER IN U.S. ARMED FORCES? | 12. MARITAL STATUS/SRDP (at Time of Death) |
|---|---|---|---|
| CA | | YES [ ] NO [X] UNK | WIDOWED |

| 13. EDUCATION – Highest Level/Degree | 14/15. WAS DECEDENT HISPANIC/LATINO(A)/SPANISH? (if yes, see worksheet on back) | 16. DECEDENT'S RACE – Up to 3 races may be listed (see worksheet on back) |
|---|---|---|
| MASTERS | [ ] YES [X] NO | CAUCASIAN |

| 17. USUAL OCCUPATION – Type of work for most of life, DO NOT USE RETIRED | 18. KIND OF BUSINESS OR INDUSTRY (e.g., grocery store, road construction, employment agency, etc.) | 19. YEARS IN OCCUPATION |
|---|---|---|
| TEACHER | ELEMENTARY SCHOOL | 37 |

**USUAL RESIDENCE**

| 20. DECEDENT'S RESIDENCE (Street and number, or location) |
|---|
| 19379 GREEN MOUNTAIN DRIVE |

| 21. CITY | 22. COUNTY/PROVINCE | 23. ZIP CODE | 24. YEARS IN COUNTY | 25. STATE/FOREIGN COUNTRY |
|---|---|---|---|---|
| NEWHALL | LOS ANGELES | 91321 | 40 | CA |

**INFORMANT**

| 26. INFORMANT'S NAME, RELATIONSHIP | 27. INFORMANT'S MAILING ADDRESS (Street and number or rural route number, city or town, state and zip) |
|---|---|
| JERRY MCMAINS, BROTHER | 19379 GREEN MOUNTAIN DRIVE, NEWHALL, CA 91321 |

**SPOUSE/SRDP AND PARENT INFORMATION**

| 28. NAME OF SURVIVING SPOUSE/SRDP—FIRST | 29. MIDDLE | 30. LAST (BIRTH NAME) |
|---|---|---|

| 31. NAME OF FATHER/PARENT—FIRST | 32. MIDDLE | 33. LAST | 34. BIRTH STATE |
|---|---|---|---|
| MARVIN | | MCMAINS | IA |

| 35. NAME OF MOTHER/PARENT—FIRST | 36. MIDDLE | 37. LAST (BIRTH NAME) | 38. BIRTH STATE |
|---|---|---|---|
| BERDENA | | GAUSE | IA |

**FUNERAL DIRECTOR/LOCAL REGISTRAR**

| 39. DISPOSITION DATE mm/dd/ccyy | 40. PLACE OF FINAL DISPOSITION |
|---|---|
| 11/09/2021 | RESIDENCE JERRY MCMAINS 19379 GREEN MOUNTAIN DRIVE, NEWHALL, CA 91321 |

| 41. TYPE OF DISPOSITION(S) | 42. SIGNATURE OF EMBALMER | 43. LICENSE NUMBER |
|---|---|---|
| CREMATE/RESIDENCE | ▶ NOT EMBALMED | |

| 44. NAME OF FUNERAL ESTABLISHMENT | 45. LICENSE NUMBER | 46. SIGNATURE OF LOCAL REGISTRAR | 47. DATE mm/dd/ccyy |
|---|---|---|---|
| VALLEY OF PEACE CREMATION AND BURIAL | FD2318 | ▶ MUNTU DAVIS MD | 11/08/2021 |

**PLACE OF DEATH**

| 101. PLACE OF DEATH | 102. IF HOSPITAL, SPECIFY ONE | 103. IF OTHER THAN HOSPITAL, SPECIFY ONE |
|---|---|---|
| HENRY MAYO NEWHALL HOSPITAL | [X] IP [ ] ER/OP [ ] DOA | [ ] Hospice [ ] Nursing Home/LTC [ ] Decedent's Home [ ] Other |

| 104. COUNTY | 105. FACILITY ADDRESS OR LOCATION WHERE FOUND (Street and number, or location) | 106. CITY |
|---|---|---|
| LOS ANGELES | 23845 MCBEAN PKWY | VALENCIA |

**CAUSE OF DEATH**

| 107. CAUSE OF DEATH (Enter the chain of events – diseases, injuries, or complications – that directly caused death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE.) | Time Interval Between Onset and Death | 108. DEATH REPORTED TO CORONER? |
|---|---|---|
| IMMEDIATE CAUSE (A) PNEUMONIA | DAYS | [ ] YES [X] NO |
| Sequentially, list conditions, if any, leading to cause (B) COVID-19 | DAYS | 109. BIOPSY PERFORMED? [ ] YES [X] NO |
| UNDERLYING CAUSE (Disease or injury that initiated the events resulting in death) LAST (C) | | 110. AUTOPSY PERFORMED? [ ] YES [X] NO |
| (D) | | 111. USED IN DETERMINING CAUSE? [ ] YES [ ] NO |

| 112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN 107 |
|---|
| ANEMIA, ACUTE KIDNEY FAILURE, WEGENER'S GRANULOMATOSIS |

| 113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112? (If yes, list type of operation and date.) | 113A. IF FEMALE, PREGNANT IN LAST YEAR? |
|---|---|
| NO | [ ] YES [ ] NO [ ] UNK |

**PHYSICIAN'S CERTIFICATION**

| 114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED. | 115. SIGNATURE AND TITLE OF CERTIFIER | 116. LICENSE NUMBER | 117. DATE mm/dd/ccyy |
|---|---|---|---|
| | ▶ ARMAND T MASONGSONG, MD | A70428 | 11/08/2021 |

| Decedent Attended Since | Deceased Last Seen Alive | 118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE |
|---|---|---|
| (A) mm/dd/ccyy | (B) mm/dd/ccyy | ARMAND T MASONGSONG, MD |
| 12/04/2020 | 10/25/2021 | 21700 GOLDEN TRIANGLE RD # 105, SANTA CLARITA, CA 91350 |

**CORONER USE ONLY**

| 119. I CERTIFY THAT IN MY OPINION DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED. | 120. INJURED AT WORK? | 121. INJURY DATE mm/dd/ccyy | 122. HOUR (24 Hours) |
|---|---|---|---|
| MANNER OF DEATH [ ] Natural [ ] Accident [ ] Homicide [ ] Suicide [ ] Pending Investigation [ ] Could not be determined | [ ] YES [ ] NO [ ] UNK | | |

| 123. PLACE OF INJURY (e.g., home, construction site, wooded area, etc.) |
|---|

| 124. DESCRIBE HOW INJURY OCCURRED (Events which resulted in injury) |
|---|

| 125. LOCATION OF INJURY (Street and number, or location, and city, and zip) |
|---|

| 126. SIGNATURE OF CORONER / DEPUTY CORONER | 127. DATE mm/dd/ccyy | 128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER |
|---|---|---|
| ▶ | | |

| STATE REGISTRAR | A | B | C | D | E | FAX AUTH.# | CENSUS TRACT |
|---|---|---|---|---|---|---|---|

**CERTIFIED COPY OF VITAL RECORD**
STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

This is a true certified copy of the record filed in the County of Los Angeles Department of Public Health if it bears the Registrar's signature in purple ink.

*003168368*



Health Officer and Registrar    DATE ISSUED    NOV -9 2021

This copy not valid unless prepared on engraved border displaying seal and signature of Registrar.

DO 12

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE



LOS ANGELES COUNTY · STATE OF CALIFORNIA · REGISTRAR OF VITAL RECORDS